**MMB**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Cottman Transmission Systems, LLC

                              v.

Joseph Bencharsky, Kund, LLC, Joseph Rego
and Remach Chaplet, Inc.

FILED

N 1 4 2009

_____ L. KUNZ, Clerk
_____ Dep. Clerk

Civil Action

No: _____ 09     0188

DISCLOSURE STATEMENT FORM

Please check one box:

☐      The nongovernmental corporate party, _____
       , in the above listed civil action does not have any parent corporation and
       publicly held corporation that owns 10% or more of its stock.

☒      The nongovernmental corporate party, Cottman Transmission Systems, LLC
       , in the above listed civil action has the following parent corporation(s) and
       publicly held corporation(s) that owns 10% or more of its stock:

       _____ American Driveline Systems, Inc. _____

       _____

       _____

       _____

1-14-09                              _____
Date                                 Signature

                  Counsel for:  Cottman Transmission Systems, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)   WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
      two copies of a disclosure statement that:
      (1)   identifies any parent corporation and any publicly held corporation
            owning10% or more of its stock;  or

      (2)   states that there is no such corporation.

(b)  TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
      (1)   file the disclosure statement with its first appearance, pleading,
            petition, motion, response, or other request addressed to the court;
            and

      (2)   promptly file a supplemental statement if any required information
            changes.

N 1 4 2009